No. 46499.—Protest 995545–G of S. Lisk & Bro. (New York).

Opinion by TILSON, J. The evidence offered by the plaintiffs showed that the merchandise is not a toy and that it is not chiefly used for the amusement of children. In accordance with stipulation of counsel at the trial it was held that the velvet glove monkeys in question are dutiable at 62½ percent under paragraph 909 as claimed.

No. 46500.—Protests 29666–K, etc., of Ades Bros. et al. (New York).

Opinion by TILSON, J. An examination of the records failed to disclose any reason for disturbing the action of the collector. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46501.—Protests 780229–G, etc., of Alatary-Pitts Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1941

No. 46502.—Protests 975273–G, etc., of L. Bamberger & Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following Bullocks v. United States (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

BEFORE THE FIRST DIVISION, OCTOBER 27, 1941

No. 46503.—Protest 948989–G of O. E. Barrant (San Francisco).

Opinion by OLIVER, P. J. In accordance with the stipulated facts certain of the items in question were held dutiable at 50 percent under paragraph 1519 (e) as claimed.

No. 46504.—Protests 946054–G, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the glass atomizers in question are similar to those the subject of Abstract 44140 the claim at 60 percent under paragraph 218 (f) was sustained.